UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENE SCHONEFELD INDUSTRIE – EN HANDELSONDERNEMING B.V., and THREE KINGS PRODUCTS, LLC, | ) ) ) ) ) | Civil Action No. 3:11-cv-01450 (RNC) |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| ARFAN JAMIL, MUHAMMAD NADEEM, and SANOVIA NADEEM | ) ) ) ) | |
| Defendants. | ) | June 15, 2012 |

**PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs, Rene Schonefeld Industrie - en Handelsonderneming B.V. and Three Kings Products, LLC hereby move this Court, pursuant to Rule 37 and Rule 36(a)(3) of the Federal Rules of Civil Procedure and Local Rule 37, for an Order deeming Plaintiffs' First Set of Requests for Admission Directed to the Defendants admitted, compelling Defendants to produce all documents responsive to Plaintiffs' First Set of Document Production Requests Directed to the Defendants and compelling Defendants to appear for their depositions in accordance with deposition notices served on each of them.  The grounds for this motion are set forth in Plaintiffs' Memorandum in Support of its Motion to Compel, filed herewith.  In addition, an Affidavit attesting to the good faith efforts on the part of Plaintiffs prior to filing this Motion is attached to its Memorandum as Exhibit F.

{N0922022}

<div style="margin-left:50%">

Plaintiffs**,** Rene Schonefeld Industrie - en Handelsonderneming B.V. and Three Kings Products, LLC

By: <u>/s/ Brian Y. Boyd</u>
John R. Horvack, Jr. (ct12926)
Brian Y. Boyd (ct28849)
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Tel:  203-777-5501
Fax:  203-784-3199
jhorvack@carmodylaw.com
bboyd@carmodylaw.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, a copy of the foregoing Plaintiffs' Motion to Compel was filed electronically and served by first class mail and certified mail as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first class mail and certified mail as indicated below.  Parties may access this filing through the Court's system.:

Arfan Jamil
807 N Bunker Hill Ave #305
Los Angeles, CA 90012

Sanovia Nadeem
807 N Bunker Hill Ave #305
Los Angeles, CA 90012

Muhammad Nadeem
185 Myers Street
Los Angeles, CA 90033

/s/ Brian Y. Boyd
Brian Y. Boyd