**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RENE SCHONEFELD INDUSTRIE -- EN HANDELSONDERNEMING B.V., and THREE KINGS PRODUCTS, LLC, | ) ) ) ) ) | Civil Action No. 3:11-cv-01450 (RNC) |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | |
| ARFAN JAMIL, MUHAMMAD NADEEM, and SANOVIA NADEEM | ) ) ) ) | |
| Defendants. | ) | January __, 2013 |

## STIPULATED JUDGMENT AND PERMANENT INJUNCTION

This matter is before the Court on the stipulated motion of Plaintiffs, Rene Schonefeld Industrie -- En Handelsonderneming B.V., and Three Kings Products, LLC, and defendants Arfan Jamil, Muhammad Nadeem, and Sanovia Nadeem, for entry of a Stipulated Judgment and Permanent Injunction:

**IT IS HEREBY FOUND, ORDER, ADJUDGED as follows:**

A.  This Court has jurisdiction over the subject matter of this case and the parties pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, 1332 and 1338a.

B.  Venue in this District is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

C.  The Defendants have entered into this Order freely and without coercion. The Defendants further acknowledge that they have read the provisions of this Order, understand those provisions, and are prepared to abide by them.

STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PAGE 1

D. The undersigned, individually and by and through their counsel, have agreed that the entry of this Order resolves all matters of dispute between them arising from the Complaint in this action, up to the date of entry of this Order.

E. The Defendants waive all rights to seek appellate review or otherwise challenge or contest the validity of this Order.

F. Defendants, Arfan Jamil, Muhammad Nadeem, and Sanovia Nadeem, are permanently restrained and enjoined upon entry of this Stipulated Judgment and Permanent Injunction from:

1) Making, importing, advertising, marketing, promoting, supplying, distributing, offering for sale and/or selling Three Kings® counterfeit products;

2) Making, importing, advertising, marketing, promoting, supplying, distributing, offering for sale and/or selling counterfeit products bearing the trademark THREE KINGS;

3) Making, importing, advertising, marketing, promoting, supplying, distributing, offering for sale and/or selling products that infringe the trademark THREE KINGS;

4) Engaging in any other activity likely to deceive customers, the public and/or the trade, including using marks, colors, designations and design elements associated with Three Kings® products;

5) Engaging in any other activity likely to dilute the distinctiveness of the trademark THREE KINGS.

G. It is further ordered that defendants Arfan Jamil, Muhammad Nadeem, and Sanovia Nadeem deliver to Plaintiffs for destruction all Three Kings® counterfeit products in

STIPULATED JUDGMENT AND PERMANENT INJUNCTION

PAGE 2

their possession custody or control, to the extent such counterfeit products exist, in accordance with 15 U.S.C. § 1118.

H. Any question regarding the authenticity of and Three Kings® products will be decided by plaintiffs, Rene Schonefeld Industrie – En Handelsonderneming B.V., and Three Kings Products, LLC.

I. It is further ordered that each party to this Order hereby agrees to bear its own costs and attorneys' fees incurred in connection with this action.

J. The Court retains continuing jurisdiction to enforce this Stipulated Judgment and Permanent Injunction.

DATED: January ___, 2013

_____
Robert N. Chatigny, U.S.D.J.

APPROVED AND SO STIPULATED:

_____
ARFAN JAMIL,
*Pro Se* Defendant

_____
MUHAMMAD NADEEM,
*Pro Se* Defendant

_____
SANOVIA NADEEM,
*Pro Se* Defendant

_____
BRIAN Y. BOYD,
Attorney for Plaintiffs

DATED: January ___, 2013

_____
Robert N. Chatigny, U.S.D.J.

APPROVED AND SO STIPULATED:

_____
ARFAN JAMIL,
*Pro Se* Defendant

_____
MUHAMMAD NADEEM,
*Pro Se* Defendant

_____
SANOVIA NADEEM,
*Pro Se* Defendant

_____
BRIAN Y. BOYD,
Attorney for Plaintiffs